# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| KENNA RAE MILLEA, on behalf of herself and as personal representative of BRADLEY PAUL BREWER, SR; <br><br> Plaintiff, <br><br> v. <br><br> LOCKHEED MARTIN CORPORATION; and UNIVERSAL CITY PROPERTY MANAGEMENT COMPANY III, LLC; <br><br> Defendants. | Case No.: 6:23-cv-00677-RBD-DCI |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, it is stipulated and agreed that Plaintiff, Kenna Millea on behalf of herself and as a personal representative of Bradley Paul Brewer, Sr., hereby dismisses their claims against Defendants, Lockheed Martin Corporation and Universal City Property Management Company III, LLC, with prejudice and with each party to bear its own fees and cost.

Dated: October 7, 2024

/s/ David Weinstein
David B. Weinstein (FBN 604410)
weinsteind@gtlaw.com
Christopher Torres (FBN 0716731)
torresch@gtlaw.com
Ryan T. Hopper (FBN 0107347)
hopperr@gtlaw.com
Irina Khasin (FBN 1050729)
irina.khasin@gtlaw.com
Raymond Jackson (FBN 1028350)
jacksonra@gtlaw.com
Brian Porter (FBN 0120282)

Respectfully submitted,

/s/ T. Michael Morgan
T. Michael Morgan
Florida Bar No.: 062229
**MORGAN & MORGAN, P.A.**
20 N. Orange Avenue, Suite 1600
Orlando, FL 32801
Telephone: (407) 420-1414
Facsimile: (407) 245-3389
Email: mmorgan@forthepeople.com

porterb@gtlaw.com
Christopher R. White (FBN 1022219)
whitech@gtlaw.com
Jennifer M. Faggion (FBN 46326)
jennifer.faggion@gtlaw.com
Madeleine J. Voigt (FBN 1050701)
maddie.voigt@gtlaw.com
**GREENBERG TRAURIG, P.A.**
101 E. Kennedy Blvd., Ste. 1900
Tampa, Florida 33602
Telephone: (813) 318-5700
Facsimile: (813) 318-5900

Francis A. Citera*
citeraf@gtlaw.com
Gretchen N. Miller*
millerg@gtlaw.com
**GREENBERG TRAURIG, LLP**
77 West Wacker Dr., Ste. 3100
Chicago, Illinois 60601
Telephone: (312) 456-6583
Facsimile: (312) 899-0320

*Pro Hac Vice*
*Counsel for Lockheed Martin Corporation*

/s/Ryan McLemore
Ryan McLemore *
rmclemore@thriftlegal.com
Michael R. Fidrych FL Bar No.: 87931
mfidrych@thriftlegal.com
**THRIFT MCLEMORE, LLC**
1000 Parkwood Circle SE, Suite 375
Atlanta, GA 30039
Telephone: (678) 784-4150

*Pro Hac Vice*
*Counsel for Universal City Property Management Company III, LLC*

Rene F. Rocha*
**MORGAN & MORGAN COMPLEX LITIGATION GROUP**
400 Poydras St., Suite 1505
New Orleans, LA 70130
Telephone: (954) 318-0268
Facsimile: (954) 327-3018
rrocha@forthepeople.com

Frank M. Petosa
FL Bar No. 972754
fpetosa@ForThePeople.com
**MORGAN & MORGAN COMPLEX LITIGATION GROUP**
8151 Peters Road, 4th Floor
Plantation, FL 33324
Telephone: (954) 327-5366
Facsimile: (954) 327-3018

*Pro Hac Vice*
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on October 7, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

>  */s/ T. Michael Morgan*
>  T. Michael Morgan, Esquire